# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SLEP-TONE ENTERTAINMENT**
**CORPORATION,**

      **Plaintiff,**

**v.**                         **Case No.  8:11-cv-1686-T-30EAJ**

**CHRIS CONRAD, BRENDA**
**BREININGER, MICHAEL ANGELO**
**MINCIELI, MARK FLEMING, SEAN**
**COREY ENTERTAINMENT, LLC,**
**ISLAND ENTERTAINMENT LLC, DEANA**
**JENNINGS, JAMES ALLEN, REUBEN**
**JENKINS, NICHOLAS SILEO, SUSAN**
**BADGLEY, MONA LISA ITALIAN**
**RESTAURANT PIZZA AND LOUNGE, and**
**GIUSEPPE PIRRONE,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Application for Entry of Clerk's Default against Defendant Michael Angelo Mincieli (Dkt. 79). The Court, having reviewed the motion, and being otherwise advised of the premises, concludes that the motion should be denied without prejudice.

Plaintiff indicates that *pro se* Defendant Mincieli attempted to file an answer on or about July 5, 2011, but Magistrate Judge Charles J. Kahn, Jr. entered an Order directing the Clerk to send the answer back to Mincieli because the document was not properly captioned and was not in proper form under Fed. R. Civ. P. 8. (Dkt. 50).

Under these circumstances, the Court concludes that it would be inappropriate to enter a Clerk's default against Mincieli at this time, given his clear attempt to file an answer to the complaint in this case.  Accordingly, the Court denies Plaintiff's motion without prejudice. The Court will provide Mincieli twenty (20) days to re-file an appropriate response.  If Mincieli fails to do so within that time, Plaintiff may re-file its motion for a Clerk's default.

It is therefore ORDERED AND ADJUDGED that:

1.      For the reasons set forth herein, Plaintiff's Application for Entry of Clerk's Default against Defendant Michael Angelo Mincieli (Dkt. 79) is denied without prejudice.

2.      The Clerk is directed to send a copy of this Order to Defendant Michael Angelo Mincieli at his address of record.

3.      **Defendant Michael Angelo Mincieli shall file a response to Plaintiff's complaint within twenty (20) days of this Order.  If Mincieli fails to file a response by that time, Plaintiff may renew its application for entry of a Clerk's default.**

**DONE** and **ORDERED** in Tampa, Florida on December 21, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-1686.mtclerkdefault79.frm